MARK JOSEPH KENNEY (State Bar No. 87345)
JASON M. RICHARDSON (State Bar No. 250916)
jmr@severson.com.
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 398-3344
Facsimile:    (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A. and RECONTRUST
COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JOSE AND MARIA ROSALES,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., COUNTRYWIDE HOME LOANS and RECONTRUST COMPANY, N.A. AND DOES 1-X INCLUSIVE,<br><br>Defendants. | Case No.:  3:12-cv-03776-JSW<br>Honorable Jeffrey S. White<br>Courtroom 11<br><br>**NOTICE OF AND ORDER ON SUBSTITUTION OF ATTORNEY**<br><br><br><br>Complaint Filed:   July 18, 2012 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

70000.0904/2337729.1

NOTICE AND [~~PROPOSED~~] ORDER FOR SUBSTITUTION OF ATTORNEY

THE COURT AND ALL PARTIES ARE NOTIFIED that Defendants BANK OF AMERICA, N.A., individually and as successor in interest to COUNTRYWIDE HOME LOANS, INC. and RECONTRUST COMPANY, N.A. makes the following substitution of attorney:

Jason M. Richardson of the law firm of Severson & Werson, A Professional Corporation, One Embarcadero Center, 26th Floor, San Francisco, CA 94111 as their counsel of record in the above referenced action in place of Tim Pomery of Pite Duncan, 4375 Jutland Drive, Suite 200 San Diego, CA 92117.

DATED: September 14, 2012

PITE DUNCAN, LLP

By: _____
Tim R. Pomeroy
Former Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

DATED: September 7, 2012

SEVERSON & WERSON
A Professional Corporation

By: _____
JASON M. RICHARDSON

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

IT IS SO ORDERED:

DATED: September 20, 2012

_____
THE HONORABLE JEFFREY S. WHITE