1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JASON M. RICHARDSON (State Bar No. 250916)
   jmr@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for DEFENDANTS BANK OF
7  AMERICA, N.A., COUNTRYWIDE HOMES
   LOANS AND RECONTRUST COMPANY,
8  N.A.

9
                  UNITED STATES DISTRICT COURT
10
        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
11

12 | JOSE AND MARIA ROSALES,              | Case No. CV 12 3776 JSW
13 |          Plaintiffs,                 | STIPULATION TO CONTINUE
14 |                                      | HEARING ON DEFENDANTS' MOTION
   | vs.                                  | TO DISMISS; [PROPOSED] ORDER
15 |                                      | THEREON
   | BANK OF AMERICA, N.A.,               |
16 | COUNTRYWIDE HOMES LOANS AND          | Date:  December 7, 2012
   | RECONTRUST COMPANY, N.A.,            | Time:  9:00 a.m.
17 |                                      | Ctrm:  11, 19th Floore
   |          Defendants.                 | Judge: The Hon. Jeffrey S. White
18

19                                          Complaint Filed: July 18, 2012

20

...

28
70000.0904/2408301.1                                            CV 12 3776 JSW
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
                                                                        THEREON

1  Plaintiffs, Jose and Maria Rosales ("Plaintiffs") and Defendants Bank of America, N.A.,
2  Countrywide Homes Loans and Recontrust Company, N.A. ("Defendants") through their
3  respective counsel of record, hereby submit the following stipulation to reschedule Defendants'
4  previously noticed motion to dismiss.
5  The parties hereby stipulate that Defendants' motion to dismiss Plaintiffs' Complaint –
6  which had originally been scheduled for October 4, 2012 – be rescheduled for December 7, 2012,
7  with Defendants' reply brief to be filed and served by November 16, 2012.
8  Plaintiffs' Opposition to this motion has already been filed and served.
9  **IT IS SO STIPULATED.**

DATED: October 8, 2012

By: _____
JOSE ROSALES
*Plaintiffs in Pro Per*

DATED: October 8, 2012

By: _____
MARIA ROSALES
*Plaintiffs in pro per*

DATED: October 3, 2012

SEVERSON & WERSON
A Professional Corporation

By: _____
JASON M. RICHARDSON
Attorneys for Defendants
BANK OF AMERICA, N.A.,
COUNTRYWIDE HOMES LOANS AND
RECONTRUST COMPANY, N.A.

70000.0904/2408301.1                    1                    CV 12 3776 JSW
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER THEREON

**[PROPOSED] ORDER**

The hearing on Defendants' motion to dismiss is HEREBY SET for December 14, 2012 at 9:00 a.m. Defendants' reply, if any, shall be filed by no later than October 16, 2012.

~~The Court, having reviewed the stipulation of the parties to postpone the Motion to Dismiss, and finding good cause therefore, hereby adopts the stipulation as the order of this Court.~~

IT IS SO ORDERED.

DATED: October 9, 2012

*[signature]*
Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

        Plaintiff,

v.

BANK OF AMERICA N.A. et al,

        Defendant.

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
Maria Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Dated: October 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk