```
 1  MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
 2  JASON M. RICHARDSON (State Bar No. 250916)
    jmr@severson.com
 3  SEVERSON & WERSON
    A Professional Corporation
 4  One Embarcadero Center, Suite 2600
    San Francisco, California 94111
 5  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 6
    Attorneys for DEFENDANTS BANK OF
 7  AMERICA, N.A., COUNTRYWIDE HOMES
    LOANS AND RECONTRUST COMPANY,
 8  N.A.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE AND MARIA ROSALES,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br>COUNTRYWIDE HOMES LOANS AND<br>RECONTRUST COMPANY, N.A.,<br><br>　　　　Defendants. | Case No. CV 12 3776 JSW<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER THEREON**<br><br>Date:　December 7, 2012<br>Time:　9:00 a.m.<br>Ctrm:　11, 19th Floore<br>Judge: The Hon. Jeffrey S. White<br><br>Complaint Filed: July 18, 2012 |

70000.0904/2408301.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV 12 3776 JSW
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER THEREON

1  Plaintiffs, Jose and Maria Rosales ("Plaintiffs") and Defendants Bank of America, N.A.,
2  Countrywide Homes Loans and Recontrust Company, N.A. ("Defendants") through their
3  respective counsel of record, hereby submit the following stipulation to reschedule Defendants'
4  previously noticed motion to dismiss.
5  The parties hereby stipulate that Defendants' motion to dismiss Plaintiffs' Complaint –
6  which had originally been scheduled for October 4, 2012 – be rescheduled for December 7, 2012,
7  with Defendants' reply brief to be filed and served by November 16, 2012.
8  Plaintiffs' Opposition to this motion has already been filed and served.
9  **IT IS SO STIPULATED.**

11  DATED: October 8, 2012

14  By: _____
    JOSE ROSALES
    *Plaintiffs in Pro Per*

16  DATED: October 8, 2012

19  By: _____
    MARIA ROSALES
    *Plaintiffs in pro per*

22  DATED: October 3, 2012       SEVERSON & WERSON
23                                A Professional Corporation

25  By: _____
    JASON M. RICHARDSON
26  Attorneys for Defendants
    BANK OF AMERICA, N.A.,
27  COUNTRYWIDE HOMES LOANS AND
    RECONTRUST COMPANY, N.A.

70000.0904/2408301.1                          1                                CV 12 3776 JSW
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER THEREON

**[PROPOSED] ORDER**

The hearing on Defendants' motion to dismiss is HEREBY SET for December 14, 2012 at 9:00 a.m. Defendants' reply, if any, shall be filed by no later than October 16, 2012.

~~The Court, having reviewed the stipulation of the parties to postpone the Motion to Dismiss, and finding good cause therefore, hereby adopts the stipulation as the order of this Court.~~

IT IS SO ORDERED.

DATED: October 9, 2012

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROSALES et al, | Case Number: CV12-03776 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA N.A. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
Maria Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Dated: October 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk