1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES, et al.,

        Plaintiffs,                  No. C 12-03776 JSW

  v.

BANK OF AMERICA, N.A., et al.,        **ORDER VACATING HEARING**

        Defendants.

_____/

     Now before the Court for consideration is Defendants' motion to dismiss.  The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument.  *See* N.D. Civ. L.R. 7-1(b).  The Court VACATES the hearing scheduled for December 14, 2012, and it takes the motion under submission.  The Court shall issue a ruling in due course.

     **IT IS SO ORDERED.**

Dated:  December 11, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   JOSE ROSALES et al,                           Case Number: CV12-03776 JSW

7             Plaintiff,                          **CERTIFICATE OF SERVICE**

8   v.

9   BANK OF AMERICA N.A. et al,

10            Defendant.
    _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13  That on December 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing
    said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
14  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
    delivery receptacle located in the Clerk's office.

15

16  Jose Rosales
    Maria Dolores Rosales
17  34 Elkwood Drive
    South San Francisco, CA 94080
18

19  Dated: December 11, 2012

20                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28