IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROSALES, et al., | |
| Plaintiffs, | No. C 12-03776 JSW |
| v. | |
| BANK OF AMERICA, N.A., et al., | **ORDER VACATING HEARING** |
| Defendants. | |

Now before the Court for consideration is Defendants' motion to dismiss. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for December 14, 2012, and it takes the motion under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: December 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

    Plaintiff,

v.

BANK OF AMERICA N.A. et al,

    Defendant.

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
Maria Dolores Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Dated: December 11, 2012

    Richard W. Wieking, Clerk
    By: Jennifer Ottolini, Deputy Clerk