1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JOSE ROSALES, et al.,

10              Plaintiffs,                           No. C 12-03776 JSW

11       v.

12   BANK OF AMERICA, N.A., et al.,            **ORDER VACATING HEARING
                                               ON DEFENDANTS' MOTION TO**
13              Defendants.                    **DISMISS PLAINTIFFS' FIRST
                                               AMENDED COMPLAINT**
     _____/
14

15          Now before the Court for consideration is Defendants' motion to dismiss Plaintiffs' first

16   amended complaint.  The Court has considered the parties' papers, relevant legal authority, and

17   the record in this case, and it finds the motion suitable for disposition without oral argument.

18   *See* N.D. Civ. L.R. 7-1(b).  The Court VACATES the hearing scheduled for April 19, 2013, and

19   it takes the motion under submission.  The Court shall issue a ruling in due course.

20          **IT IS SO ORDERED.**

21

22   Dated:  April 16, 2013                    _____
                                               JEFFREY S. WHITE
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

        Plaintiff,

  v.

BANK OF AMERICA N.A. et al,

        Defendant.

_____/

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
Maria Dolores Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Dated: April 16, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California