IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

No. C 12-03776 JSW

**ORDER OF DISMISSAL**

On September 9, 2013, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute. The Court further ordered that Plaintiffs' response to the Order to Show Cause would be due by September 23, 2013, and that if they failed to file a response to the Order to Show Cause by September 23, 2013, the Court would dismiss this case. To date, Plaintiffs have not filed any response to the show cause Order. Accordingly, this matter is HEREBY DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 7, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

    Plaintiff,

v.

BANK OF AMERICA N.A. et al,

    Defendant.

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
Maria Dolores Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Dated: October 7, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk