IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

No. C 12-03776 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On September 9, 2013, the Court issued an Order to show cause ("OSC") why this case should not be dismissed for failure to prosecute. The Court directed Plaintiffs to file their response to the OSC and to demonstrate their good cause for their failing to file their response to the motion to dismiss in a timely manner. Plaintiffs did not respond to the OSC or demonstrate good cause. Instead, Plaintiffs simply filed an opposition to the pending motion to dismiss. Although Plaintiffs did not demonstrate good cause, because Plaintiffs are *pro se*, the Court hereby discharges the OSC and will consider their opposition to the motion to dismiss. Defendants may file a reply brief by no later than November 6, 2013.

**IT IS SO ORDERED.**

Dated: October 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

    Plaintiff,

v.

BANK OF AMERICA N.A. et al,

    Defendant.

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Maria Dolores Rosales
101 A-Hickey Blvd. #119
South San Francisco, CA 94080

Dated: October 30, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk