United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROSALES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | No. C 12-03776 JSW<br><br>**ORDER REGARDING EX PARTE COMMUNICATION** |

The Court is in receipt of the letter from plaintiff Maria Rosales, dated October 25, 2013. Although the undersigned appreciates the sentiment of the letter, the Court may not engage in *ex parte* communications with any party. Therefore, the Court is lodging this letter in the case file. Any further communications with the Court shall be filed in the public record.

**IT IS SO ORDERED.**

Dated: November 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROSALES et al,

        Plaintiff,

 v.

BANK OF AMERICA N.A. et al,

        Defendant.
                               /

Case Number: CV12-03776 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Rosales
34 Elkwood Drive
South San Francisco, CA 94080

Maria Dolores Rosales
101 A-Hickey Blvd. #119
South San Francisco, CA 94080

Dated: November 6, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk