1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  JOSE ROSALES, et al.,

10              Plaintiffs,                    No. C 12-03776 JSW

11      v.

12  BANK OF AMERICA, N.A., et al.,        **ORDER REGARDING EX PARTE
                                          COMMUNICATION**
13              Defendants.
    _____/

14

15      The Court is in receipt of the letter from plaintiff Maria Rosales, dated October 25,

16  2013.  Although the undersigned appreciates the sentiment of the letter, the Court may not

17  engage in *ex parte* communications with any party.  Therefore, the Court is lodging this letter in

18  the case file.  Any further communications with the Court shall be filed in the public record.

19      **IT IS SO ORDERED.**

20  Dated:  November 6, 2013

21                                          _____
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

United States District Court

For the Northern District of California

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6   JOSE ROSALES et al,                           Case Number: CV12-03776 JSW

Plaintiff,                         **CERTIFICATE OF SERVICE**
7

8       v.

9   BANK OF AMERICA N.A. et al,

Defendant.                    /
10

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13   That on November 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17   Jose  Rosales
34 Elkwood Drive
18   South San Francisco,  CA 94080

19   Maria Dolores Rosales
101 A-Hickey Blvd. #119
20   South San Francisco,  CA 94080

21   Dated: November 6, 2013

22                                        *Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

23

24

25

26

27

28

**United States District Court**
For the Northern District of California